

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| EXPEDITORS INTERNATIONAL OF WASHINGTON, INC, | § | No. 08-20-00125-CV |
| | § | |
| Appellant/Cross-Appellee, | § | Appeal from the |
| | § | County Court at Law No. 6 |
| v. | § | |
| | § | of El Paso County, Texas |
| WEST DISTRIBUTORS, INC, | § | |
| | § | (TC# 2011-DCV04011) |
| Appellee/Cross-Appellant. | § | |

## <u>MEMORANDUM OPINION</u>

Appellant/Cross-Appellee Expeditors International of Washington, Inc. and Appellee/Cross-Appellant West Distributors, Inc., have filed a joint motion to dismiss this appeal because the parties have settled. *See* TEX.R.APP.P. 42.1(a). The joint motion to dismiss is granted, and this appeal is dismissed. Per the terms of the parties' agreement, we order (1) the release and unconditional discharge of the supersedeas bond and of the obligations of the surety and principal, and (2) that each party bear its own costs. TEX.R.APP.P. 42.1(d).

JEFF ALLEY, Chief Justice

October 21, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.